IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GWENN HALE, Inmate #N23801, | ) |
|       Plaintiff, | ) |
| vs. | ) CIVIL NO. 04-144-MJR |
| J. WILSON, *et al.*, | ) |
|       Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On January 23, 2006, upon its finding that Plaintiff had, on 3 or more prior occasions, while incarcerated or detained, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief could be granted, *see* 28 U.S.C. § 1915(g), the Court ordered Plaintiff to pay the outstanding balance of the $150.00 filing fee in the action ($123.81), or have the case dismissed for failure to comply with an order of the Court (Doc. 24).

On February 22, 2006, the Court granted an extension of time, giving Plaintiff until March 7, 2006 to pay the balance of the filing fee (Doc. 26). That deadline has now passed and Plaintiff has not tendered any amount to the Court.

In accordance with the Court's orders, the case is **DISMISSED** for failure to comply with an order of the Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). This dismissal is without prejudice. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

      IT IS SO ORDERED.

      DATED this 15th day of March, 2006.

                                            s/ Michael J. Reagan
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**